No. 23-10408

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Disability Rights Texas,
Plaintiff - Appellee

v.

Ricky Bishop, in his official capacity as the Sheriff of Taylor County, Texas
Defendant – Appellant

**On Appeal from**

United States District Court for the Northern District of Texas

1:21-CV-124

**APPELLANT'S MOTION TO VOLUNTARILY DISMISS APPEAL**

SUBMITTED BY:

Robert Wagstaff
McMahon, Surovik, Suttle, P.C.
P.O. Box 3679
Abilene, TX 79604

Defendant-Appellant Ricky Bishop, in his Official Capacity as Sheriff of Taylor County, Texas ("Defendant"), by and through counsel, hereby submits this Joint Motion to Voluntarily Dismiss Appeal pursuant to Federal Rule of Appellate Procedure 42(b). In support, Defendant states as follows:

1. On April 20, 2023, Defendant filed a timely Notice of Appeal from the District Court's March 21, 2023 order awarding Plaintiff attorneys' fees.

2. On June 21, 2023, the Parties engaged in voluntary mediation conducted by Fifth Circuit mediator Suzanne Butler, during which a settlement was reached as to the single issue on appeal.

3. Defendant now seeks to voluntarily dismiss this appeal pursuant to Rule 42(b), which provides that an "appeal may be dismissed on the appellant's motion on terms agreed to by the parties or fixed by the court." Fed. R. App. P. 42(b).

4. Defendant has consulted with Plaintiff and this motion is unopposed.

5. The Parties stipulate and agree that each will bear this own attorneys' fees and costs in this matter.

WHEREFORE, Defendant respectfully asks the Clerk of this Court to enter an order dismissing with prejudice the above-captioned appeal pursuant to Federal Rule of Appellate Procedure 42(b).

Dated: August 21, 2023                Respectfully submitted,

  /s/ Robert B. Wagstaff
Robert B. Wagstaff
State Bar No. 20665000
rwagstaff@mcmahonlawtx.com

McMAHON SUROVIK SUTTLE, P.C.
P.O. Box 3679
Abilene, Texas 79604
(325) 676-9183 Telephone
(325) 676-8836 Fax

ATTORNEY FOR APPELLANT

# CERTIFICATE OF SERVICE

I certify that the foregoing motion was electronically filed on the *21st day of August, 2023*, using the court's CM/ECF system. I further certify that on this same date, a copy of this motion was served on all counsel of record via CM/EFC.

Beth L. Mitchell
Disability Rights Texas
2222 W. Braker Ln.
Austin, TX 78758

Courtney Luther
Disability Rights Texas
1500 McGowen St., Ste. 100
Houston, TX 77004

  /s/ Robert B. Wagstaff
ROBERT B. WAGSTAFF